590

360 A.2d 654
Commonwealth ex rel. Snyder, Appellant,
v. Snyder.

Argued June 14, 1976. Alan D. Williams, Jr., with him Williams, Glantz & Schildt, for appellant; Donald R. Price, with him Pratt, Clark, Gathright & Price, for appellee.

Order affirmed.

360 A.2d 651
Conodec, Inc. v. Mayo, Appellant.

Argued June 17, 1976. Charles J. Hair, with him Snyder, Doll & Schantz, for appellant; Herbert Fishbone, with him Fishbone, Refowich & Moran, for appellee.

Judgment affirmed.